# EXHIBIT 1

## List of Skellig ICAV's Policies

|     | Owner | Policy Number | Issue State |
| --- | --- | --- | --- |
| 1.  | Gannet Life Settlement Fund I | 1200330 | FL |
| 2.  | Gannet Life Settlement Fund I | 1204737 | CA |
| 3.  | Gannet Life Settlement Fund I | 93288165 | SC |
| 4.  | Gannet Life Settlement Fund I | 93288173 | SC |
| 5.  | Gannet Life Settlement Fund I | 93288181 | SC |
| 6.  | Gannet Life Settlement Fund I | 93398279 | CA |
| 7.  | Gannet Life Settlement Fund I | 93588739 | FL |
| 8.  | Gannet Life Settlement Fund I | 93709061 | CA |
| 9.  | Gannet Life Settlement Fund I | 93734168 | FL |
| 10. | Gannet Life Settlement Fund I | 93902187 | TX |
| 11. | Gannet Fund II | 93529212 | TX |
| 12. | Gannet Fund II | 93875979 | AZ |
| 13. | Gannet Fund II | 93961563 | FL |
| 14. | Gannet Fund II | 94113164 | MA |
| 15. | Gannet Fund II | 94193604 | AZ |